In the Matter of RAYMOND A. MORGAN, on Behalf of Himself and Others Similarly Situated, Appellant, against HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.

Argued March 10, 1943; decided April 15, 1943.

*Thomas M. Nichols* for appellant.

*Robert I. Millonzi* and *Milo R. Kniffen* for Holton V. Noyes, Commissioner of Agriculture and Markets, respondent.

*Frank B. Lent, Hampton H. Halsey* and *Robert Lamont* for Rochester Co-operative Milk Producers' Bargaining Agency, Inc., et al., intervening respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.